UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 22-cr-168(2) (PJS/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Blong Vang, | |
| Defendant. | |

This matter comes before the Court on Defendant Blong Vang's Motion to Continue Motion-Filing Date, ECF No. 14. Defendant has also filed a Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act, ECF No. 15. Defendant requests that the deadline for filing pretrial motions be extended from November 10 "to November 28, 2022, to allow adequate time to review the discovery and identify issues before filing the pretrial motions." ECF No. 14 at 1; *see* ECF No. 15 at 1. The Government has no objection to the requested continuance. ECF No. 14 at 1.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide Defendant and his counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Continue Motion-Filing Date, ECF No. 14, is **GRANTED**.

2. The period of time from **November 9 through November 28, 2022**, shall be excluded from Speedy Trial Act computations in this case.

3. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **November 28, 2022**. D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses shall be delivered directly to the chambers of Magistrate Judge Leung.

4. Counsel shall electronically file a letter on or before **November 28, 2022**, if no motions will be filed and there is no need for hearing.

5. All responses to motions shall be filed by **December 12, 2022**. D. Minn. LR 12.1(c)(2).

6. Any Notice of Intent to Call Witnesses shall be filed by **December 12, 2022**. D. Minn. LR 12.1(c)(3)(A).

7. Any Responsive Notice of Intent to Call Witnesses shall be filed by **December 15, 2022**. D. Minn. LR 12.1(c)(3)(B).

8. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The government makes timely disclosures and a defendant pleads particularized matters for which an evidentiary hearing is necessary; or

      b.      Oral argument is requested by either party in its motion, objection or response pleadings.

9.      The motions hearing, if required, shall take place before the undersigned on **December 20, 2022, at 1:00 p.m.**, in Courtroom 9W, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.  D. Minn. LR 12.1(d).

10.    **TRIAL:**

      a.      **IF NO PRETRIAL MOTIONS ARE FILED BY A DEFENDANT, the following trial and trial-related dates are:**

All voir dire questions and jury instructions and trial related motions (including motions in limine) must be submitted to Chief Judge Patrick J. Schiltz (by hard copy and e-mailed to schiltz_chambers@mnd.uscourts.gov)) on or before **December 12, 2022, by 4:00 p.m.**; responses to trial-related motions (including motions in limine) must be submitted to Chief Judge Schiltz on or before **December 16, 2022, by 4:00 p.m.**

A status conference must be held on **December 22, 2022, at 9:00 a.m.** before Chief Judge Schiltz in Courtroom 15, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota. The government must submit its lists of prospective witnesses and prospective exhibits at this conference.

This case must commence trial on **December 27, 2022, at 9:00 a.m.** before Chief Judge Schiltz in Courtroom 15, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

[Continued on next page.]

    b.    **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for Chief Judge Schiltz to confirm the new trial date.**

Dated: November __14__, 2022

        *s/ Tony N. Leung*
TONY N. LEUNG
United States Magistrate Judge
District of Minnesota

*United States v. Vang*
Case No. 22-cr-168(2) (PJS/TNL)