UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 22-cr-168(2) (PJS/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Blong Vang, | |
| Defendant. | |

This matter comes before the Court on Defendant Blong Vang's Motion for Continuance of Motion Hearing, ECF No. 26.  This matter is scheduled for a motions hearing on December 20, 2022.  ECF No. 16.  Defendant and his "counsel need additional time to review discovery and consider his case options."  ECF No. 26 at 1.  Defendant requests that the motions hearing be continued for 30 days.  ECF No. 26 at 1.  The Government has no objection to the requested extension.  ECF No. 26 at 1.

Pursuant to 18 U.S.C. § 3161(h), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide the parties and their respective counsel the time necessary for effective preparation and to make efficient use of the parties' resources.  Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Continuance of Motions Hearing, ECF No. 26, is **GRANTED**.

2. The period of time from **December 19, 2022 through January 24, 2023**, shall be excluded from Speedy Trial Act computations in this case.

3. The motions hearing shall take place before the undersigned on **January 24, 2023**, at **9:30 a.m.**, in Courtroom 9W, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.

4. **The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for Chief District Judge Patrick J. Schiltz to confirm the new trial date.**

Dated: December\_\_\_19\_\_\_, 2022         _____*s/ Tony N. Leung*_____
                                         Tony N. Leung
                                         United States Magistrate Judge
                                         District of Minnesota


                                         *United States v. Vang*
                                         Case No. 22-cr-168(2) (PJS/TNL)