## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 22-cr-168(2) (PJS/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Blong Vang, | |
| Defendant. | |

This matter comes before the Court on Defendant Blong Vang's Motion for Continuance of Motion Hearing, ECF No. 31. Defendant has also filed a Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act, ECF No. 32, with his motion.

This matter is scheduled for a motions hearing on January 24, 2023. ECF No. 27. There was recently a change in Defendant's appointed counsel, ECF No. 30, and his new counsel "needs additional time to familiarize herself with the case and meet with [Defendant]." ECF No. 31 at 1. Defense counsel "is also under a state court summons for jury duty" between January 17 and 27, 2023. ECF No. 31 at 1. Defendant requests that the motions hearing be continued for 30 days. ECF No. 31 at 1. The Government has no objection to the requested extension. ECF No. 31 at 1.

Pursuant to 18 U.S.C. § 3161(h), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide the parties and their respective counsel

the time necessary for effective preparation and to make efficient use of the parties' resources. Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Continuance of Motions Hearing, ECF No. 31, is **GRANTED**.

2. The period of time from **January 17 through February 23, 2023**, shall be excluded from Speedy Trial Act computations in this case.

3. The motions hearing shall take place before the undersigned on **February 27, 2023**, at **1:00 p.m.**, in Courtroom 9W, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.

4. **The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for Chief District Judge Patrick J. Schiltz to confirm the new trial date.**

Dated: January __18__, 2023

                 *s/ Tony N. Leung*
                 Tony N. Leung
                 United States Magistrate Judge
                 District of Minnesota

                 *United States v. Vang*
                 Case No. 22-cr-168(2) (PJS/TNL)