# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 22-cr-168(2) (PJS/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Blong Vang, | |
| Defendant. | |

This matter comes before the Court on Defendant Blong Vang's Motion for Continuance of Motion Hearing, ECF No. 61. This matter was scheduled for a motions hearing on May 8, 2023. ECF No. 57; *see* ECF No. 64 (continuing hearing to a date and time to be determined). Defendant moved for a continuance as he "has been provided new terms in a plea agreement with the [G]overnment" and his counsel needed "time to convey the offer and discuss resolution with [him]" through the use of a Hmong interpreter. ECF No. 61 at 1; *see also* ECF No. 65 at 1. Defendant requested a continuance of two to three weeks, to which the Government had no objection. ECF No. 61 at 1. In subsequent e-mail correspondence with the Court, the parties agreed to May 22, 2023 as the new hearing date. Defendant has also filed a Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act in conjunction with his motion. ECF No. 65.

Pursuant to 18 U.S.C. § 3161(h), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide the parties and their respective counsel

the time necessary for effective preparation and to make efficient use of the parties' resources. Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Continuance of Motion Hearing, ECF No. 61, is **GRANTED**.

2. The period of time from **the date of this Order through May 22, 2023**, shall be excluded from Speedy Trial Act computations in this case.

3. The motions hearing shall take place before the undersigned on **May 22, 2023**, at **9:00 a.m.**, in Courtroom 9W, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.

4. **The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for Chief District Judge Patrick J. Schiltz to confirm the new trial date.**

Dated: May   16   , 2023

       *s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*United States v. Vang*
Case No. 22-cr-168(2) (PJS/TNL)